IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HAROLD REYNOLDS,               )
COMMUNITY TELECAST, INC.,      )
                               )
          Plaintiffs,          )          8:13CV86
                               )
     v.                        )
                               )
COX CABLE, COX COMMUNICATIONS, )          ORDER
JOHN DOES 1-10,                )
                               )
          Defendants.          )
_____)
```

This matter is before the Court after the motion of plaintiff Community Telecast, Inc., to proceed in forma pauperis was denied with prejudice, and plaintiff Harold Reynolds' motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915 was denied without prejudice (Filing No. 7).  No further showings have been made in this case in response to the Court's order.  Accordingly,

IT IS ORDERED that the plaintiffs shall show cause, in writing, on or before May 10, 2013, why this action should not be dismissed for failure to prosecute.

DATED this 23rd day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court