```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

HAROLD REYNOLDS,                )
COMMUNITY TELECAST, INC.,       )
                                )
            Plaintiffs,         )            8:13CV86
                                )
       v.                       )
                                )
COX CABLE, COX COMMUNICATIONS,  )              ORDER
JOHN DOES 1-10,                 )
                                )
            Defendants.         )
_____)
```

This matter is before the Court after the motion of Timothy L. Ashford to withdraw as counsel (Filing No. 12), and plaintiff Harold Reynolds' response to show cause order (Filing No. 9), together with his affidavit (Filing No. 10). The Court notes no substitute counsel has yet appeared for plaintiffs.

Parties who are not natural persons may not appear pro se. *Rowland v. California Men's Colony*, 506 U.S. 194, 203 (1993). Moreover, courts "have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Id*. at 202. Therefore, plaintiff Community Telecast, Inc., will be dismissed from this action for failure to prosecute.

Upon review of plaintiff Harold Reynolds' motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*.  Accordingly,

IT IS ORDERED:

1) The motion of Timothy L. Ashford to withdraw as counsel is granted.  Plaintiff Harold Reynolds shall have until August 16, 2013, to advise the Court whether he intends to obtain counsel or whether he intends to proceed *pro se*.

2) Plaintiff Community Telecast, Inc., is dismissed without prejudice for failure to obtain counsel.

3) Plaintiff Harold Reynolds is provisionally granted leave to proceed *in forma pauperis*, and the complaint shall be filed without payment of fees.

DATED this 1st day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court