IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 AUG 12 PM 3: 34

OFFICE OF THE CLERK

| | | |
|---|---|---|
| HAROLD REYNOLDS, and COMMUNITY TELECAST, INC., | ) ) ) | Case No. 8:13CV86 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| COX CABLE, COX COMMUNICATIONS, JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

COMES NOW the Plaintiffs Harold Reynolds and Community Telecast, Inc., and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice the above captioned matter in its entirety against the Defendants Cox Cable, Cox Communications Omaha, LLC incorrectly identified herein as Cox Communications, and John Does 1-10, in the above-captioned litigation. This Notice of Dismissal is hereby filed prior to the service of the Complaint upon any of the Defendants.

DATED this 9 day of August, 2013

_____
Harold Reynolds

COMMUNITY TELECAST, INC.
By: _____
Harold Reynolds
Title: President/CEO